THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM B. RAFFERTY, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. Rafferty* v. *Board of Education, N. Y. City*, 133 App. Div. 894, affirmed.
(Argued November 9, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1909, which affirmed an order of Special Term dismissing an alternative writ of mandamus directing the defendants to show cause why the relator should not be rated as principal of a public elementary school of twelve or more classes.

*Charles H. Strong* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Stephen O'Brien, Theodore Connoly* and *Charles McIntyre* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.